# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. HOPPER,        | CASE NO. 1:10-cv-00055-GBC PC |
|         Plaintiff, | ORDER DIRECTING CLERKS OFFICE TO SEND A COPY OF THE COMPLAINT TO PLAINTIFF |
|     v. | |
| S. WRIGHT, et al., | (ECF. No. 10) |
|         Defendants. / | |

    Plaintiff Douglas L. Hopper is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2011, the court dismissed the complaint, with leave to amend for failure to state a claim. Plaintiff filed a request for copies of the complaint on March 10, 2011, stating he was limited to fifty copies and unable to make a copy of the complaint prior to filing it with the court. It is Plaintiff's responsibility to keep copies of any documents that he submits to the court and he needs to take whatever steps necessary, whether it be hand copying the complaint or planning ahead to allow himself enough time to obtain the copies prior to submitting his pleadings. If Plaintiff needs additional time to obtain copies of his pleadings he needs to file a motion for extension of time prior to the deadline provided by the court. Additionally, while Plaintiff may submit exhibits with his complaint they are not necessary.

    Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. The court will make an exception in this instance and will direct the Clerk's Office to provide a copy of the complaint at no charge. However, Plaintiff is advised that any further copies will need to paid for by Plaintiff.

1 | Accordingly, it is HEREBY ORDERED that the Clerk's Office shall mail a copy of the
2 | complaint, filed January 11, 2010, to Plaintiff.
3 | IT IS SO ORDERED.

Dated:   March 15, 2011

UNITED STATES MAGISTRATE JUDGE